# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order

**In Re:** Ferrara v. Ferrara                          **Case/AP Number** 07-01452 **-FJB**

**Chapter**

   Doc# 100 Letter to the Court filed by Defendant Olga Lord Ferrara.

**COURT ACTION:**

_____Hearing held

_____Granted     _____ Approved _____Moot

_____Denied      _____ Denied without prejudice     _____Withdrawn in open court

_____Overruled _____ Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order     _____Released _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The court cannot act on letters.

                    IT IS SO ORDERED:

_____Dated: 9/11/2009
Frank J. Bailey
United States Bankruptcy Judge